United States District Court
Northern District of California

| | |
|---|---|
| MICHAEL A. WITHERS,<br><br>        Plaintiff,<br><br>    v.<br><br>J.P. MORGAN CHASE BANK N.A., and SELECT PORTFOLIO SERVICING, INC.,<br><br>        Defendants. | Case No.: CV 14-00351-KAW<br><br>ORDER REGARDING DEFENDANTS' UNUSABLE CHAMBERS COPY OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS<br><br>(Dkt. No. 8-2) |

PLEASE TAKE NOTICE that the chambers copy of Defendants JPMorgan Chase Bank, N.A. and Select Portfolio Servicing, Inc.'s Request for Judicial Notice in support of their motion to dismiss (Dkt. No. 8-2) was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

☐     consists of a stack of loose paper wrapped with a rubber band;

☐     consists of a stack of loose paper fastened with a binder clip or a paper clip;

☐     is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

☒     has no tabs for the voluminous exhibits;

☐     includes exhibits that are illegible;

☐     includes exhibits that are unreadable because the print is too small;

☐     includes text and/or footnotes in a font smaller than 12 point;

☐     includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☐     is not usable for another reason –

1  The paper used for the above-described chambers copy has been recycled by the court.
2  Defendants shall submit a chambers copy in a format that is usable by the court no later than
3  **March 5, 2014**.
4  IT IS SO ORDERED.
5  Dated: February 26, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge